# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES D. MORROW, | : | |
| Plaintiff, | : | Case No. 3:09cv00040 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MIAMI TOWNSHIP OHIO, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 5, 2009 (Doc. #13) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED for lack of prosecution;

3. Defendants' Motions to Dismiss (Doc. #s 7, 11) are GRANTED; and

4. This case is terminated on the docket of this Court.

May 26, 2009                                         *S/THOMAS M. ROSE

                                                     Thomas M. Rose
                                                     United States District Judge